IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LESTER BAIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:03-cv-397-JLF |
| | ) |
| FRANK WALKER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the Second Motion for Extension of Time to File a Responsive Pleading Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure (Doc. 35), filed by the defendants, Brian Trentman and Dennis Hatch, on November 3, 2005. The motion is **GRANTED**. Defendants Trentman and Hatch shall file a responsive pleading on or before December 30, 2005.

**DATED: November 4, 2005.**

s/ Donald G. Wilkerson
**DONALD G. WILKERSON**
**United States Magistrate Judge**
